IT IS SO ORDERED.
/s/ John R. Adams
U.S. District Judge
May 24, 2023

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **SUMMER ALAYAMINI**, on behalf of herself and others similarly situated, | ) | Case No. 5:23-cv-00475 |
| | ) | |
| | ) | Judge John R. Adams |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **PUB GROUP 3 MANAGEMENT, LLC,** | ) | **STIPULATION OF DISMISSAL WITH** |
| | ) | **PREJUDICE** |
| Defendant. | ) | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Summer Alayamini, together with

Defendant Pub Group 3 Management, LLC, hereby enter this stipulation of dismissal of this action

with prejudice, each party to bear its own costs.

Respectfully submitted,

| | |
|---|---|
| /s/ Shannon M. Draher | /s/ Kristen S. Moore (with permission) |
| Shannon M. Draher (0074304) | Kristen S. Moore (0083050) |
| Hans A. Nilges (0076017) | **PLAKAS MANNOS** |
| **NILGES DRAHER LLC** | 200 Market Avenue North, Suite 300 |
| 7034 Braucher Street NW, Suite B | Canton, OH 44702 |
| North Canton, OH 44720 | Telephone: (330) 455-6112 |
| Telephone: (330) 470-4428 | Facsimile: (330) 455-2100 |
| Facsimile: (330) 754-1430 | Email: kmoore@lawlion.com |
| Email: sdraher@ohlaborlaw.com | |
|      hans@ohlaborlaw.com | Ralph F. Dublikar (0019235) |
| | **BAKER DUBLIKAR** |
| *Counsel for Plaintiff* | 400 South Main Street |
| | North Canton, OH 44720 |
| | Telephone: (330) 499-6000 |
| | Facsimile: (330) 499-6423 |
| | Email: dublikar@bakerfirm.com |
| | |
| | *Counsel for Defendant* |